**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            11 CR. 12 (RMB)

  -against-

                                                             **ORDER**

CHRISTOPHER COLON,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Wednesday, November 4, 2020 at 11:30 AM is hereby rescheduled to Thursday, November 19, 2020 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1210

Dated: October 29, 2020
       New York, NY

                                                      _Richard M. Berman_
                                                 RICHARD M. BERMAN
                                                        U.S.D.J.