UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
              Government,                   :     11 CR. 12 (RMB)
                                            :
     - against -                            :     **ORDER**
                                            :
CHRISTOPHER COLON,                          :
              Defendant.                    :
-------------------------------------------------------------x

The status conference previously scheduled for Thursday, November 19, 2020 at 11:30 AM is hereby rescheduled to Monday, November 30, 2020 at 9:30 AM.

Participants, members of the public and the press can use the following dial-in information:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 1210


Dated: November 12, 2020
       New York, NY

                                                    _____
                                                       **RICHARD M. BERMAN**
                                                              U.S.D.J.