**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                                  11 CR. 12 (RMB)

    -against-

                                                                                **<u>ORDER</u>**

CHRISTOPHER COLON,
               Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Monday, November 30, 2020 at 9:30 AM is hereby rescheduled to 10:30 AM on the same date.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1210


Dated: November 24, 2020
       New York, NY

                                                         _____
                                                             RICHARD M. BERMAN
                                                                 U.S.D.J.