**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            11 CR. 12 (RMB)
   -against-

                                                       **ORDER**

CHRISTOPHER COLON,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Wednesday, September 15, 2021 at 9:30 AM is hereby rescheduled to 10:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1210

Dated: September 8, 2021
       New York, NY

                                                            _____
                                                              RICHARD M. BERMAN
                                                                   U.S.D.J.