UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

CHRISTOPHER COLON,
                Defendant.
------------------------------------------------------------X

11 CR. 12 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, February 9, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1210

Dated: February 2, 2022
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                      U.S.D.J.